IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Sherman County Bank, a Nebraska banking Corporation, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:11CV229 |
| V. | ) ) | |
| DUANE JACOBS, an individual, and CAROLYN JACOBS, an individual, | ) ) ) | ORDER |
| Defendants. | ) ) | |

Defendants have filed a motion (filing 7) requesting that the above-captioned action be consolidated for all purposes with *Duane Jacobs, et al. v. PT Holdings, Inc., et al.*, Case No. 8:11CV106 (D. Neb. 2011). In response to the motion, Plaintiff points out that a motion to dismiss which raises the issue of this Court's subject matter jurisdiction is pending in Case No. 8:11CV106. (Filing 30, Case No. 8:11CV106.) Plaintiff requests that the Court consider the motion to dismiss pending in Case No. 8:11CV106 before ruling on Defendants' motion to consolidate. Based on interests of judicial economy, the Court believes that Plaintiff's proposed course of action is appropriate.

Accordingly,

**IT IS ORDERED** that Defendants' Motion for Consolidation (filing 7) will be held in abeyance until the Court issues a ruling on the motion to dismiss (filing 30, Case No. 8:11CV106) pending in *Duane Jacobs, et al. v. PT Holdings, Inc, et al.*, Case No. 8:11CV106 (D. Neb. 2011)**.**

**DATED December 7, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**