IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Sherman County Bank, a Nebraska banking Corporation;**<br><br>Plaintiff,<br><br>vs.<br><br>**DUANE JACOBS, an individual; and CAROLYN JACOBS, an individual;**<br><br>Defendants. | CASE NO. 8:11CV229<br><br>ORDER AND<br>FINAL JUDGMENT |

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Filing No. 29). The Stipulation is "signed by all parties who have appeared" in this action, and therefore, complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court concludes that it should be approved. Each party will bear its own costs, complete record waived. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation for Dismissal With Prejudice (Filing No. 29) is approved;

2. The above captioned action is dismissed with prejudice; and

3. Each party will bear its own costs, complete record waived.

Dated this 22nd day of October, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge